# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 19-7006**  **September Term, 2019**

1:17-cv-02508-CRC

Filed On: February 10, 2020 [1827942]

Samuel Pierce,

    Appellant

  v.

Yale University, et al.,

    Appellees

## M A N D A T E

In accordance with the judgment of December 2, 2019, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                         **FOR THE COURT:**
                         Mark J. Langer, Clerk

            BY:   /s/
                         Daniel J. Reidy
                         Deputy Clerk

Link to the judgment filed December 2, 2019